WITHERS BERGMAN LLP
Gina A. Bibby (SBN 242657)
gina.bibby@withersworldwide.com
Nicole M. Kamish (SBN 322208)
nicole.kamish@withersworldwide.com
10250 Constellation Blvd, Suite 1400
Los Angeles, California 90067
Telephone:   310.277.9930
Facsimile:   310.277.9935

Attorneys for Plaintiff ARMSTRONG INTERACTIVE, INC.

DORSEY AND WHITNEY LLP
Navdeep Kumar Singh (SBN 284486)
singh.navdeep@dorsey.com
600 Anton Boulevard Suite 2000
Costa Mesa, CA 92626-7655
Telephone:   714-800-1400
Facsimile:   714-800-1499

DORSEY AND WHITNEY LLP
Bruce R. Ewing (*Pro Hac Vice*)
ewing.bruce@dorsey.com
51 West 52nd Street
New York, NY 10019
Telephone:   212-415-9206

DORSEY AND WHITNEY LLP
Connor J. Hansen (*Pro Hac Vice*)
hansen.connor@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone:   206-903-2407

Attorneys for Defendant VIACOM INTERNATIONAL INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARMSTRONG INTERACTIVE, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>VIACOM INTERNATIONAL, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>  Defendant. | Case No. 2:22-cv-03270-MCS-MRW<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

WITHERS
BERGMAN LLP

# ORDER

On December 22, 2022, Plaintiff Armstrong Interactive, Inc. and Defendant Viacom International, Inc. (collectively, the "Parties") filed a Stipulated Protective Order (the "Stipulated Protective Order"). The Court being fully advised and good and sufficient cause appearing therefore, the Parties' Stipulated Protective Order is **GRANTED**.

**IT IS SO ORDERED**.

DATED: December 22, 2022

_____
Hon. Michael R. Wilner, U.S. Magistrate Judge